

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00669-CR

Leobardo **ARAMBULA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CR-13-288
Honorable Romero Molina, Judge Presiding

## O R D E R

The court reporter's notification of late record is this date NOTED. The court reporter's record will be due February 9, 2015. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court